UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **BONNIE HOUF**<br><br>    Plaintiff,<br><br>V.<br><br>**PNC BANK, INC.**<br>**Aka PNC Bank National Association**<br><br>    Defendant. | **CIVIL ACTION NO. 5:21-311-KKC**<br><br><br>**JUDGMENT** |

*** *** ***

For the reasons stated in the Court's Opinion and Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Defendant PNC Bank, Inc.'s motion for summary judgment (DE 34) is GRANTED;

2) Judgment is entered in favor of PNC Bank, Inc. on Plaintiff Bonnie Houf's claim;

3) This matter is STRICKEN from the Court's active docket; and

4) This judgment is FINAL and APPEALABLE.

This 27th day of March, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY